# In the United States Court of Federal Claims

No. 20-153C

(Filed: March 6, 2020)

```
*********************************  *
                                   *
TATYANA EVGENIEVNA DREVALEVA,      *
                                   *
                Plaintiff,         *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
                Defendant.         *
                                   *
*********************************  *
```

## ORDER

On February 24, 2020, this Court ordered Ms. Drevaleva to pay the filing fee associated with this case by March 5, 2020, because Ms. Drevaleva previously filed strikingly similar claims in other federal courts that were dismissed as frivolous, malicious, or for failure to state a claim. Dkt. No. 5. Further, this Court informed Ms. Drevaleva that failure to comply with the order would result in the dismissal of her complaint for failure to prosecute under Rule 41(b) of this Court. As of this date, Ms. Drevaleva has not paid her filing fee. Therefore, the Clerk is directed to dismiss Ms. Drevaleva's complaint without prejudice for failure to prosecute.

IT IS SO ORDERED.

_____
THOMAS C. WHEELER
Judge